Joseph A. Boyle, Esq. (JB 5036)
Paul L. Kattas, Esq. (PK 6222)
Kelley Drye & Warren LLP
200 Kimball Drive
Parsippany, NJ 07054
Tel.: (973) 503-5900
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IDT CORPORATION, et al.,

        Plaintiffs,

v.

BUILDING OWNERS AND MANAGERS
ASSOCIATION INTERNATIONAL, et al.,

        Defendants.

---

Civil Action No. 03-cv-4113 (JAG)

Notice of Dismissal of Defendants Trizec Properties, Inc., TrizecHahn Newport LLC and Trizec Realty, Inc.

## NOTICE OF DISMISSAL

Plaintiffs IDT Corporation, Winstar Communications, LLC and Winstar of New Jersey, LLC, by their undersigned attorneys, Kelley Drye & Warren LLP, and pursuant to Fed. R. Civ. P. 41, hereby notify the Court that all claims against three of the defendants Trizec Properties, Inc., TrizecHahn Newport LLC and Trizec Realty, Inc. (collectively "Trizec") in this action are voluntarily dismissed with prejudice. Trizec has not filed an answer or motion for summary judgment in this case.

NJ01/KATTP/101783.1

Case 2:03-cv-04113-JAG-MCA   Document 113   Filed 02/22/06   Page 2 of 2
Case 2:03-cv-04113-JAG-MCA   Document 112   Filed 02/08/2006   Page 2 of 2

Respectfully submitted,

By: /S/ *Paul L. Kattas*

| | |
|---|---|
| Donald A. Robinson, Esq.<br>Robinson & Livelli<br>Two Penn Plaza East, Suite 1100<br>Newark, NJ 07105-2237<br>Tel.: (973) 690-5400 | Joseph A. Boyle, Esq.<br>Paul L. Kattas, Esq.<br>Kelley Drye & Warren LLP<br>200 Kimball Drive<br>Parsippany, NJ 07054<br>Tel.: (973) 503-5900 |
| | Glenn B. Manishin, Esq.<br>Stephanie A. Joyce, Esq.<br>Kelley Drye & Warren LLP<br>1200 19th Street, N.W., Suite 500<br>Washington, D.C. 20036<br>Tel.: (202) 955-9600 |
| Dated: February 8, 2006 | Counsel for Plaintiffs IDT Corporation,<br>Winstar Communications, LLC and<br>Winstar of New Jersey, LLC |

JOSEPH A. GREENAWAY, JR.   U.S.D.J.
2-21-06

NJ01/KATTP/101783.1